10-14545


FILED
NOV 24 2010
U.S. BANKRUPTCY COURT
SANTA ROSA, CA

Certificate Number: 02910-CAN-CC-013111910


02910-CAN-CC-013111910

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>November 24, 2010</u>, at <u>2:39</u> o'clock <u>PM EST</u>, <u>Blanca L Barahona</u> received from <u>InCharge Education Foundation, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Northern District of California</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date: November 24, 2010    By: /s/Mariel Laporte

Name: Mariel Laporte

Title: Certified Bankruptcy Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).